# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY FLUCKES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation; TAMMY BAKER, an individual; and DOES 1 through 10, Inclusive<br><br>Defendants. | Case No. 5:25-cv-02815-KK-BFM<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: September 11, 2025<br>Trial Date:  Not Set |

The Court, having considered the Stipulation filed by the parties, and good cause appearing, the Court grants the requested relief.

DATED: 12/8/2025

*[signature]*

Hon. Brianna Fuller Mircheff

United States Magistrate Judge

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 1100
IRVINE, CA 92614

2

ORDER GRANTING STIPULATED PROTECTIVE ORDER