JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY FLUCKES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation; TAMMY BAKER, an individual; and DOES 1 through 10, Inclusive<br><br>Defendants. | Case No. 5:25-cv-02815-KK-BFM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE**<br><br>Complaint Filed:  September 11, 2025<br>Trial Date:  November 2, 2026 |

(323352)                                         1
ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE

On May 6, 2026, the parties filed a joint stipulation to dismiss this action with prejudice ("Stipulation"). The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. The above-entitled action is DISMISSED with prejudice, and

2. All attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

**IT IS SO ORDERED.**

DATED: May 6, 2026

_____
HONORABLE KENLY KIYA KATO
United States District Judge

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 1100
IRVINE, CA 92614

(323352)                                    2
ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION AND ALL
PARTIES WITH PREJUDICE